# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-7145**　　　　　　　　　　　　　　　　　　**September Term, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　1:13-cv-00758-RMC

　　　　　　　　　　　　　　　　　　　　　　　　　**Filed On: September 20, 2013** [1457637]

Fox Television Stations, Inc., also known as
Fox Broadcasting Company, Inc., et al.,

　　　　Appellees

　　v.

FilmOn.TV Networks Inc., et al.,

　　　　Appellants

------------------------------

Consolidated with 13-7146

## O R D E R

　　The notice of appeal was filed on September 16, 2013, and docketed in this court on September 17, 2013. It is, on the court's own motion,

　　**ORDERED** that these cases be consolidated. It is

　　**FURTHER ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 21, 2013 |
| Docketing Statement Form | October 21, 2013 |
| Entry of Appearance Form | October 21, 2013 |
| Procedural motions, if any | October 21, 2013 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 21, 2013 |
| Statement of Issues to be Raised | October 21, 2013 |
| Transcript Status Report | October 21, 2013 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-7145** | **September Term, 2013** |

| | |
|---|---|
| Underlying Decision from Which Appeal or Petition Arises | October 21, 2013 |
| Dispositive Motions, if any (Original and 4 copies) | November 4, 2013 |

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 21, 2013 |
| Entry of Appearance Form | October 21, 2013 |
| Procedural motions, if any | October 21, 2013 |
| Dispositive Motions, if any (Original and 4 copies) | November 4, 2013 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                    **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                              BY:            /s/
                                                    Laura M. Chipley
                                                    Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-7145**                                    **September Term, 2013**

The following forms and notices are available on the Court's website:

- Civil Docketing Statement Form
- Entry of Appearance Form
- Transcript Status Report Form
- Request to Enter Appellate Mediation Program
- Notice Concerning Expedition of Appeals and Petitions for Review
- Stipulation to be Placed in Stand-By Pool of Cases