# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** FilmOnX, LLC, et al

　　　　　　　　　　v.　　　　　　　　　　**Case No:** 13-7145;13-7146

FOX Television Stations, Inc., et al

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)　　● Appellee(s)/Respondent(s)　　○ Intervenor(s)　　○ Amicus Curiae

SEE ATTACHED

Names of Parties　　　　　　　　　　　　　　　Names of Parties

### Counsel Information

**Lead Counsel:** Robert Alan Garrett

Direct Phone: (202) 942-5444　Fax: (202) 942-5999　Email: robert.garrett@aporter.com

**2nd Counsel:** Murad S. Hussain

Direct Phone: (202) 942-6143　Fax: (202) 942-5999　Email: murad.hussain@aporter.com

**3rd Counsel:**

Direct Phone: (　) 　-　　Fax: (　) 　-　　Email:

Firm Name:

Firm Address:

Firm Phone: (　) 　-　　Fax: (　) 　-　　Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **PARTY INFORMATION**

NBC SUBSIDIARY (WRC-TV) LLC

NBC STUDIOS LLC

UNIVERSAL NETWORK TELEVISION LLC

OPEN 4 BUSINESS PRODUCTIONS LLC

TELEMUNDO NETWORK GROUP LLC

AMERICAN BROADCASTING COMPANIES, INC.

DISNEY ENTERPRISES, INC.

ALLBRITTON COMMUNICATIONS COMPANY

CBS BROADCASTING INC.

CBS STUDIOS INC.

GANNETT CO., INC.